FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

## COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 15 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

Butler 7200095908
(Last Name) (Identification Number)

Sermaine Terrell
(First Name) (Middle Name)

Raymond Detention Center
(Institution)

1450 County Farm Road Raymond, MS 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V. CIVIL ACTION NUMBER: 3:17cv365CWR-FKB
(to be completed by the Court)

Criag Lovewhich
Tony Alexander
Victor P. Mason

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes (✓) No ( )

B. Are you presently incarcerated?
Yes (✓) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No (✓)

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No (✓)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Sermaine T Butler Prisoner Number: 270009598

Address: Raymond Detention Center 1450 County Farm Road Raymond, MS. 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Tony Alexander is employed as Road Deputy Sheriff at Raymond Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Sermaine T Butler | 1450 county Farm Rd Raymond, MS. 39154 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Deputy Criag Lovewhich | County Farm work center 1447 County Farm Rd Raymond, MS 39154 |
| Deputy Tony Alexander Sheriff | 1450 county farm Rd Raymond MS, 39159 |
| Sheriff Victor P. Mason | 1450 County Farm RD Raymond MS, 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (√)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county):__________

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________

CASE NUMBER 2.

1. Parties to the action:__________

2. Court (if federal court, name the district; if state court, name the county):__________

3. Docket Number:__________

4. Name of judge to whom case was assigned:__________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)__________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

1.) Deputy Criag Lorewhich in 2016 Oct 26 Nov 9 Sexual harassment when I was at the work Center. 2.) Tony Alexander beat me an grip plies on my finger 2017 Feb, 26 Mar, 5 or Mar, 6 S.G.T Templeton Seen it I was house on A-4 Raymond detention center. 10:00 P.M between 1:00 AM or 2:00 A.M. 3.) Victor P. Mason

Houseing be somewere that don't have lights and I sleepping in a room full of mold. April, 15 and now in B-3 5102

1.) at about 8:PM 8:00

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

150,000$ is the relief I'm Seeking from the court. Or 50,000$ and a RoR relese.

Signed this May day of 10, 2017.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Jermaine Butler
Signature of plaintiff

Hinds County Detention Facility

INMATE GRIEVANCE FORM

05-005-17G

**Inmate Name:** Jermaine Butler **PIN No.** 71000095908

**Housing Location:** B-3 S102 **Date:** 5-6-17

**Complaint:** Dupty Owens Dupty williams and two other afficers beat the man in 5502 real bad blood running down his face and he couldn't even throw nothing his window is in his door. I fear for my Life I need to get from here before I in up getting killed rite here I Love my Life this not rite. They drag this Guy Like a doll by his feet down the stairs then in the cage beat him up some more in the cage I fear for my life help please. Duptys I'm ~~afraid~~ scared of all them

Major
05/09/17

I A D is infestigating this mulder

Jermaine Butler
Inmate's Signature

Date Received by Grievance Officer:

Hinds County Detention Facility

INMATE GRIEVANCE FORM

Inmate Name: Jermaine Butler PIN No. 77000 95408
Housing Location: B-3 S/OD Date: 5-2-17
Complaint: These people is not right they beat on the week and the Small They not Rite
SGT, Jackson
Dupty, Lacey
Dupty, owen

[illegible] Major [illegible] 05/09/17

I A D is infeshety this matter

RECEIVED
MAY 03 2017

Jermaine Butler
Inmate's Signature

Date Received by Grievance Officer:
By [signature]

5-2-17 officer Newell

Hinds County Detention Facility

INMATE GRIEVANCE FORM

Inmate Name: Jermaine Butler PIN No. 7700095408
Housing Location: B-3 5102 Date: 5-6-17
Complaint: Deputy Williams Just bust Shegel Davis head with flash light in 5111 down Stairs I'm Scared for my Life of every Dupty then Mr. Owens or Dupty Owens Said I was a lie last night like what I write y'all tell who wrote the Complaint I fear for my Life I need to get away from this pod B-1 A-3 or C-3 please.

Recd
Major
05/09/17

Thanks for info, IAD is investigating this incident

Jermaine Butler
Inmate's Signature

RECEIVED
MAY 08 2017

Date Received by Grievance Officer:

By K[illegible]

Rec. 5-8-17
Officer New[illegible]

Hinds County Detention Facility

INMATE GRIEVANCE FORM

**Inmate Name:** Jermaine Butler **PIN No.** 7700095908
**Housing Location:** B-3 5/02 **Date:** 5-2-2017
**Complaint:** I'm haveing to get out my bed and Sump in watRr that come to my ankle this is not rite I'm ~~affraid~~ scared of for Life back here I need Some help I should'nt be affarid of my Life I done got beat up all Ready bod an was bout to get Beat up ontce again last night The first time by Tony Alexander R Road Sherff and that was about to happen again by a hold difference on last night I'm scared of the deputy and the Sheriff they beat this Young dude up he was nothing but 19 this Shit fusking up my head.

I do take this complaint serious, IAD is investigating these matters.

RECEIVED
MAY 03 2017

Jermaine Butler
Inmate's Signature

Date Received by Grievance Officer:

By

5-3-17

Warden

HINDS COUNTY DETENTION FACILITY

Raymond, Mississippi

INMATE PROGRAM REQUEST FORM

(Use One for Each Request)

Inmate Name: Jermaine Batt Date: 5-2-17 Pin No. 717000 95408

Housing Location: B-3 S/62 Person Making Referral (If not inmate) ____

RECEIVED MAY 03 2017 By K[illegible]

CHECK ONLY ONE:

| | | | | | |
|---|---|---|---|---|---|
| ____ | Classification/Reclassification | ____ | Chaplain | ____ | Other |
| ____ | Inmate Worker | ____ | GED | | |
| ____ | Substance Abuse Class | ____ | Visitation | | |
| ____ | Religious Programs | ____ | Property | | |
| ____ | Inmate Records | ____ | Legal | | |
| ____ | Inmate Accounts | ✓ | Warden | | |
| ____ | Library | ✓ | Captain | | |
| ____ | Bedding/Clothing | ____ | Shift Supervisor | | |

EXPLAIN YOUR REQUEST IN DETAIL:

I don't feel Safe here the Road Dupty came last night trying to beat me up I fear for my life in here can I move to B-1 please SGT. Jackson Dupty whale Said She can get me touch I'm Scared of every Dupty round here cause they together all of them I haven't took m meds every Sense Yearsday the 5-1-17 I h not been treat it rite.

2 Pills @ 4pm 4 and 5, 7, 8

5-9-17

Response: Rec'd Major [illegible] 05/10/17

Nurse Naylor said you didn't because something was going on in B3 Unit where received 7 on the 4th thur today Sgt [illegible]

5-9-17

I will have Classification to speak with you 5-9-17 B1 is a Classification Unit M1

Rec 5-3-17 Road Deputy Comin all Unit Officer Never Not Work That Unit Ms. George